**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**
**CASE NUMBER: 3:25-CV-06617-JFA**

Tanita Scott,

Plaintiff,

v.

Monarch Investment & Management Group, LLC, and John Doe,

Defendants.

**STIPULATION OF DISMISSAL**

The above-captioned matter having been settled by the parties, the undersigned, as attorneys for the parties herein, hereby stipulate that the Complaint be dismissed **with prejudice** and forever ended.

**SO STIPULATED:**

*s/Jason A. Daigle*
Jason A. Daigle, Esquire
Federal Bar No.: 9588
Morgan & Morgan, PA
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
(843) 577-4000

*Attorneys for Plaintiff*

*s/Crawford A. Krebs*
Crawford A. Krebs, Esquire
Federal Bar No.: 13963
Murphy & Grantland, P.A.
Post Office Box 6648
Columbia, SC 29260
803-782-4100

*Attorneys for Defendant*